WEBB
v.
DEITCH.

APPEAL from the *Grant* Circuit Court.

Monday,
December 9.

---

WEBB and Another *v.* DEITCH and Another.

Suit upon a promissory note for $406. Answer, as to the whole cause of action, that $100 of the consideration of the note was for usurious interest.

*Held*, that the answer was bad, for pleading in bar of the whole action, facts that were a bar, at most, only to the amount of $100, and the interest and cost, and that the defect was reached by demurrer.

Monday,
December 9.

APPEAL from the *Johnson* Common Pleas.

WORDEN, J.—Suit by the appellees against the appellants upon a promissory note given by the defendants to the plaintiffs, for $406.55.

The defendants answered, among other things, as follows, viz., "And for further answer, her in defendants say that they admit the execution of the note sued on, but say that $100 of the consideration of the note was for usurious and illegal interest; wherefore defendants demand judgment."

A demurrer was sustained to this paragraph of the answer, and this ruling is the only error complained of.

We need not decide whether the objection to the answer, that it does not set out the usurious contract, or allege the facts constituting the usury, can be reached by demurrer. The answer is radically defective in another particular. It sets up matter which, at most, could only be a bar to $100, and the interest and costs, in bar of the entire note. This is bad pleading, and the defect is reached, under the code, by demurrer. *Brown* v. *Perry*, 14 Ind. 32, and cases there cited.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*T. W. Woollen* and *C. F. McNutt*, for the appellants.
*Overstreet* and *Hunter* for the appellees.